### Allen *against* White and Norris.

December, 1824.

IN *Dallas* Circuit Court, *David White* and *John. B. Norris*, as surviving partners of the late firm of *Lane* and *White*, declared in assumpsit against *William B. Allen* for goods sold and delivered, &c. On filing the declaration at *September* term, 1823, *Norris* came in proper person and disclaimed any interest in the event of the suit. At *April* term, 1824, *Allen* came in proper person, and said, " he cannot gainsay " the plaintiff's action, but that he owes the sum of three " hundred and thirty-five dollars damages." Judgment was thereupon entered against *Allen* for three hundred and thirty-five dollars and costs ; and he here assigns as Error,

Action by two as partners, one disclaims all interest, the other may proceed in the name of both. 2, In assumpsit, for unliquidated demand, judgment may be entered for the amount confessed by defendant, without assessment by a Jury.

1, The judgment is entered for both the plaintiffs when one of them had disclaimed all interest in the suit.

2, The judgment should have been interlocutory and not final, and the damages should have been enquired of by a Jury.

*Thorington* for plaintiff ; *H. G. Perry* for defendants in Error.

Judge *Crenshaw.*—If the contract was made with the firm, though *Norris* at the time of commencing the action may have had no interest in it, *White* had a right to use his name. All the copartners must join in an action for a debt due to the firm, whether they have an interest in the event of the suit or not.

The judgment was by confession for a sum certain.

It is the unanimous opinion of the Court that the judgment be affirmed.